UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-80298-BLOOM/VALLE

FRANCIS MARTINEZ,

    Plaintiff,

vs

FAIRWAYS OF JUPITER, INC.,
d/b/a THE GOLF CLUB OF JUPITER,

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, FRANCIS MARTINEZ ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, FAIRWAYS OF JUPITER, INC., d/b/a THE GOLF CLUB OF JUPITER ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

BY: /s/ Jason S. Weiss
    Jason S. Weiss
    Jason@jswlawyer.com
    Florida Bar No. 356890
    WEISS LAW GROUP, P.A.
    5531 N. University Drive, Suite 103
    Coral Springs, FL 33067
    Tel: (954) 573-2800
    Fax: (954) 573-2798
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890