UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

FRANCIS MARTINEZ,   CASE NO.: 9:17-cv-80298-BB

    Plaintiff,

vs.

FAIRWAYS OF JUPITER, INC.,
d/b/a THE GOLF CLUB OF JUPITER,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, FRANCIS MARTINEZ ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1.    Defendant, FAIRWAYS OF JUPITER, INC., d/b/a THE GOLF CLUB OF JUPITER ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2.    This case shall be dismissed **with prejudice** with each party bearing his/their own attorneys' fees and costs.

                          BY:   /s/ Jason S. Weiss
                                  Jason S. Weiss
                                  Jason@jswlawyer.com
                                  Florida Bar No. 356890
                                  **WEISS LAW GROUP, P.A.**
                                  5531 N. University Drive, Suite 103
                                  Coral Springs, FL 33067
                                  Tel: (954) 573-2800
                                  Fax: (954) 573-2798
                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890